IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Maranda Lynn Moyle, | : | Bankruptcy No. |
| Debtor | : | Chapter 7 |
| Movant | : | Related to Document No. 1 |
| v. | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, Michael I. Assad, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: /s/ Michael I. Assad
Signature

Michael I. Assad
Typed Name

923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
Address

609-808-3300
Phone No.

330937 (PA)
List Bar I.D. and State of Admission

Achieve
Attn: Bankruptcy
2114 E Achieve Way
Tempe, AZ 85288-6230

Affirm
Attn: Bankruptcy
650 California St
San Francisco, CA 94108-2702

Aidvantage
Attn: Bankruptcy
PO Box 300001
Greenville, TX 75403-3001

Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Baldwin Emergency Medical
Services
1 Readshaw Way
Pittsburgh, PA 15236-2769

Chex Systems Inc.
Attn: Bankruptcy
PO Box 58339
Minneapolis, MN 55458-3399

Citi
Attn: Bankruptcy
PO Box 9001037
Louisville, KY 40290-1037

Comenity Capital Bank
Attn: Bankruptcy
12921 S Vista Station Blvd
Draper, UT 84020-2376

Commonwealth of Pennsylvania
Department of Revenue
Attn: Bankruptcy
Department 280946
Harrisburg, PA 17128-0001

Commonwealth of Pennsylvania
Office of General Counsel
Attn: Bankruptcy
30 N 3rd St Ste 200
Harrisburg, PA 17101-1715

Commonwealth of Pennsylvania
Office of Attorney General
Attn: Bankruptcy
15th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Freedom Financial Network
Attn: Bankruptcy
1875 S Grant St Suite 400
San Mateo, CA 94402-2676

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 7247
Philadelphia, PA 19170-6112

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase
Attn: Bankruptcy
270 Park Ave
New York, NY 10017-2014

Klarna Inc.
Attn: Bankruptcy
800 N High St Ste 400
Columbus, OH 43215-1430

Resurgent Capital Services LLC
Attn: Bankruptcy
55 Beattie Pl Ste 110
Greenville, SC 29601

U.S. Attorney's Office (WDPA)
Attn: Civil Process Clerk
700 Grant St Suite 4000
Pittsburgh, PA 15219-1956

U.S. Department of Education
General Counsel
400 Maryland Ave SW
Washington, DC 20202-0001

U.S. Department of Justice
Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530-0009