**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Maranda Moyle
Case No : 26-22412
Chapter : 7
Petition Date : 08/28/2026
Period : 06/29/2026 through 08/28/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 08/21/2026 | ClearCaptions LLC | $1,168.58 | $883.56 |
| 3 | 08/07/2026 | ClearCaptions LLC | $1,523.38 | $1,122.07 |
| 4 | 07/24/2026 | ClearCaptions LLC | $1,545.07 | $1,172.47 |
| 5 | 07/10/2026 | ClearCaptions LLC | $1,499.75 | $1,105.30 |

ClearCaptions

| | |
|---|---|
| **Employer Name:** | ClearCaptions LLC |
| **Employer Phone:** | 615-378-2966 |
| **Employer Address:** | 3026 Owen Drive<br>Suite 111-112<br>Antioch, TN 37013 |

| | |
|---|---|
| **Employee Name:** | Maranda Hoyle |
| **Employee #:** | 2306 |
| **Employee Address:** | 2314 Worton Blvd<br>West Mifflin, PA 15122 |
| **Department:** | ClearWellness |
| **Job Title:** | Wellness Coach - Part Time |

| | |
|---|---|
| **Pay Date:** | 8/21/2026 |
| **Pay Period:** | 8/3/2026 - 8/16/2026 |
| **Deposit Advice #:** | 323168506 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 23.2400 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (West Mifflin) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | **Current 8/3/2026 - 8/16/2026** | | | **YTD As of 8/16/2026** | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **50.28** | | **$1,168.58** | **1,157.53** | **$26,945.75** |
| Regular | 50.28 | 23.2400 | $1,168.58 | 1,032.63 | $23,723.74 |
| Holiday Pay | | | | 32.00 | $728.96 |
| Holiday Worked | | | | 20.39 | $701.41 |
| Overtime 1.5 | | | | 11.88 | $410.46 |
| PTO | | | | 14.32 | $326.13 |
| PTO Pay Out | | | | 30.31 | $690.57 |
| Float Payout | | | | 8.00 | $182.24 |
| Float | | | | 8.00 | $182.24 |
| **Memo Information** | | | **$40.90** | | **$943.11** |
| 401K ER Match | | | $40.90 | | $943.11 |
| **Pre-Tax Deductions** | | | **$70.11** | | **$1,616.75** |
| 401K Percent | | | $70.11 | | $1,616.75 |
| **Taxes** | | | **$187.76** | | **$4,826.49** |
| Fed W/H | | | $47.97 | | $1,615.56 |
| FICA EE | | | $72.46 | | $1,670.64 |
| Fed MWT EE | | | $16.94 | | $390.71 |
| PA W/H | | | $35.88 | | $827.24 |
| PA UT EE | | | $0.82 | | $18.87 |
| W MflnBorW/H | | | $11.69 | | $269.47 |
| W MflnBorLST | | | $2.00 | | $34.00 |
| **Post-Tax Deductions** | | | **$62.15** | | **$748.63** |
| 401K Loan | | | $21.83 | | $21.83 |
| EE Life | | | | | $5.54 |
| Critical Ins. | | | | | $25.04 |
| LTD | | | | | $10.94 |
| Long-Term Care | | | $40.32 | | $685.28 |
| **Reimbursements** | | | **$35.00** | | **$309.99** |
| Internet REIMB | | | $35.00 | | $309.99 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$883.56** | | **$20,063.87** |
| Direct Deposit | 243380516 | XXXXXX0077 | $883.56 | | |

## Other Payroll Information

| | |
|---|---|
| Gross Wages | $1,168.58 |
| Total Hours Worked | 50.28 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| PTO - Hours Balance: | 0.0000 Hours | | |
| Sick Time - PT Employees Only Balance: | 26.2530 Hours | Sick Time - PT Employees Only Accrued: | 1.4582 Hours |
| Float Balance: | 0.0000 Hours | | |

dayforce

ClearCaptions

| | |
|---|---|
| **Employer Name:** | ClearCaptions LLC |
| **Employer Phone:** | 615-378-2966 |
| **Employer Address:** | 3026 Owen Drive<br>Suite 111-112<br>Antioch, TN 37013 |
| **Employee Name:** | Maranda Moyle |
| **Employee #:** | 2306 |
| **Employee Address:** | 2314 Worton Blvd<br>West Mifflin, PA 15122 |
| **Department:** | ClearWellness |
| **Job Title:** | Wellness Coach - Part Time |
| **Pay Date:** | 8/7/2026 |
| **Pay Period:** | 7/20/2026 - 8/2/2026 |
| **Deposit Advice #:** | 314804630 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 23.2400 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (West Mifflin) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | Current 7/20/2026 - 8/2/2026 | | | YTD As of 8/2/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **65.55** | | **$1,523.38** | **1,107.25** | **$25,777.17** |
| Regular | 65.55 | 23.2400 | $1,523.38 | 982.35 | $22,555.16 |
| Holiday Pay | | | | 32.00 | $728.96 |
| Holiday Worked | | | | 20.39 | $701.41 |
| Overtime 1.5 | | | | 11.88 | $410.46 |
| PTO | | | | 14.32 | $326.13 |
| PTO Pay Out | | | | 30.31 | $690.57 |
| Float Payout | | | | 8.00 | $182.24 |
| Float | | | | 8.00 | $182.24 |
| **Memo Information** | | | **$53.32** | | **$902.21** |
| 401K ER Match | | | $53.32 | | $902.21 |
| **Pre-Tax Deductions** | | | **$91.40** | | **$1,546.64** |
| 401K Percent | | | $91.40 | | $1,546.64 |
| **Taxes** | | | **$269.60** | | **$4,638.73** |
| Fed W/H | | | $87.99 | | $1,567.59 |
| FICA EE | | | $94.45 | | $1,598.18 |
| Fed MWT EE | | | $22.09 | | $373.77 |
| PA W/H | | | $46.77 | | $791.36 |
| PA UT EE | | | $1.07 | | $18.05 |
| W MflnBorW/H | | | $15.23 | | $257.78 |
| W MflnBorLST | | | $2.00 | | $32.00 |
| **Post-Tax Deductions** | | | **$40.31** | | **$686.48** |
| EE Life | | | | | $5.54 |
| Critical Ins. | | | | | $25.04 |
| LTD | | | | | $10.94 |
| Long-Term Care | | | $40.31 | | $644.96 |
| **Reimbursements** | | | | | **$274.99** |
| Internet REIMB | | | | | $274.99 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,122.07** | | **$19,180.31** |
| Direct Deposit | 243380516 | XXXXXX0077 | $1,122.07 | | |

## Other Payroll Information

| | |
|---|---|
| Gross Wages | $1,523.38 |
| Total Hours Worked | 65.55 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| PTO - Hours Balance: | 0.0000 Hours | | |
| Sick Time - PT Employees Only Balance: | 24.7948 Hours | Sick Time - PT Employees Only Accrued: | 1.9010 Hours |
| Float Balance: | 0.0000 Hours | | |

dayforce

ClearCaptions

| | |
|---|---|
| **Employer Name:** | ClearCaptions LLC |
| **Employer Phone:** | 615-378-2966 |
| **Employer Address:** | 3026 Owen Drive<br>Suite 111-112<br>Antioch, TN 37013 |
| **Employee Name:** | Maranda Moyle |
| **Employee #:** | 2306 |
| **Employee Address:** | 2314 Worton Blvd<br>West Mifflin, PA 15122 |
| **Department:** | ClearWellness |
| **Job Title:** | Wellness Coach - Part Time |
| **Pay Date:** | 7/24/2026 |
| **Pay Period:** | 7/6/2026 - 7/19/2026 |
| **Deposit Advice #:** | 306472799 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 23.2400 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (West Mifflin) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | **Current 7/6/2026 - 7/19/2026** | | | **YTD As of 7/19/2026** | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **66.48** | | **$1,545.07** | **1,041.69** | **$24,253.79** |
| Regular | 66.48 | 23.2400 | $1,545.07 | 916.79 | $21,031.78 |
| Holiday Pay | | | | 32.00 | $728.96 |
| Holiday Worked | | | | 20.39 | $701.41 |
| Overtime 1.5 | | | | 11.88 | $410.46 |
| PTO | | | | 14.32 | $326.13 |
| PTO Pay Out | | | | 30.31 | $690.57 |
| Float Payout | | | | 8.00 | $182.24 |
| Float | | | | 8.00 | $182.24 |
| **Memo Information** | | | **$54.08** | | **$848.89** |
| 401K ER Match | | | $54.08 | | $848.89 |
| **Pre-Tax Deductions** | | | **$92.70** | | **$1,455.24** |
| 401K Percent | | | $92.70 | | $1,455.24 |
| **Taxes** | | | **$274.59** | | **$4,369.13** |
| Fed W/H | | | $90.44 | | $1,479.60 |
| FICA EE | | | $95.79 | | $1,503.73 |
| Fed MWT EE | | | $22.40 | | $351.68 |
| PA W/H | | | $47.43 | | $744.59 |
| PA UT EE | | | $1.08 | | $16.98 |
| W MflnBorW/H | | | $15.45 | | $242.55 |
| W MflnBorLST | | | $2.00 | | $30.00 |
| **Post-Tax Deductions** | | | **$40.31** | | **$646.17** |
| EE Life | | | | | $5.54 |
| Critical Ins. | | | | | $25.04 |
| LTD | | | | | $10.94 |
| Long-Term Care | | | $40.31 | | $604.65 |
| **Reimbursements** | | | **$35.00** | | **$274.99** |
| Internet REIMB | | | $35.00 | | $274.99 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,172.47** | | **$18,058.24** |
| Direct Deposit | 243380516 | XXXXXX0077 | $1,172.47 | | |

## Other Payroll Information

| | |
|---|---|
| Gross Wages | $1,545.07 |
| Total Hours Worked | 66.48 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| PTO - Hours Balance: | 0.0000 Hours | | |
| Sick Time - PT Employees Only Balance: | 22.8938 Hours | Sick Time - PT Employees Only Accrued: | 1.9280 Hours |
| Float Balance: | 0.0000 Hours | | |

ClearCaptions

**Employer Name:** ClearCaptions LLC
**Employer Phone:** 615-378-2966
**Employer Address:** 3026 Owen Drive Suite 111-112 Antioch, TN 37013

**Employee Name:** Maranda Moyle
**Employee #:** 2306
**Employee Address:** 2314 Worton Blvd West Mifflin, PA 15122
**Department:** ClearWellness
**Job Title:** Wellness Coach - Part Time

**Pay Date:** 7/10/2026
**Pay Period:** 6/22/2026 - 7/5/2026
**Deposit Advice #:** 298002347
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 23.2400
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** (West Mifflin)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

| | Current 6/22/2026 - 7/5/2026 | | | YTD As of 7/5/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **64.53** | | **$1,499.75** | **975.21** | **$22,708.72** |
| Regular | 64.53 | 23.2400 | $1,499.75 | 850.31 | $19,486.71 |
| Holiday Pay | | | | 32.00 | $728.96 |
| Holiday Worked | | | | 20.39 | $701.41 |
| Overtime 1.5 | | | | 11.88 | $410.46 |
| PTO | | | | 14.32 | $326.13 |
| PTO Pay Out | | | | 30.31 | $690.57 |
| Float Payout | | | | 8.00 | $182.24 |
| Float | | | | 8.00 | $182.24 |
| **Memo Information** | | | **$52.49** | | **$794.81** |
| 401K ER Match | | | $52.49 | | $794.81 |
| **Pre-Tax Deductions** | | | **$89.99** | | **$1,362.54** |
| 401K Percent | | | $89.99 | | $1,362.54 |
| **Taxes** | | | **$264.15** | | **$4,094.54** |
| Fed W/H | | | $85.33 | | $1,389.16 |
| FICA EE | | | $92.98 | | $1,407.94 |
| Fed MWT EE | | | $21.75 | | $329.28 |
| PA W/H | | | $46.04 | | $697.16 |
| PA UT EE | | | $1.05 | | $15.90 |
| W MflnBorW/H | | | $15.00 | | $227.10 |
| W MflnBorLST | | | $2.00 | | $28.00 |
| **Post-Tax Deductions** | | | **$40.31** | | **$605.86** |
| EE Life | | | | | $5.54 |
| Critical Ins. | | | | | $25.04 |
| LTD | | | | | $10.94 |
| Long-Term Care | | | $40.31 | | $564.34 |
| **Reimbursements** | | | | | **$239.99** |
| Internet REIMB | | | | | $239.99 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,105.30** | | **$16,885.77** |
| Direct Deposit | 243380516 | XXXXXX0077 | $1,105.30 | | |

## Other Payroll Information

| | |
|---|---|
| Gross Wages | $1,499.75 |
| Total Hours Worked | 64.53 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| PTO - Hours Balance: | 0.0000 Hours | | |
| Sick Time - PT Employees Only Balance: | 20.9658 Hours | Sick Time - PT Employees Only Accrued: | 1.8714 Hours |
| Float Balance: | 0.0000 Hours | | |