IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARANDA LYNN MOYLE<br><br><br>Debtor(s) | Bankruptcy No. 26-22412-JCM<br><br>Chapter 7 |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Dated: August 31, 2026

Respectfully submitted,

**WH BURKLEY, LLP**

/s/ *George W. Fitting*
George W. Fitting (Pa. Bar Id. No. 324115)
601 Grant St., Fl. 9
Pittsburgh, PA 15219
Tel.: 412-456-8163
Fax: 412-456-8135
gfitting@bernsteinlaw.com

*Counsel to Duquesne Light Company*