Certificate Number: 13861-PAW-DE-041551185

Bankruptcy Case Number: 26-22412

13861-PAW-DE-041551185

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2026, at 2:22 o'clock PM PDT, Maranda Lynn Moyle completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 12, 2026

By: /s/Andrea Gonzalez

Name: Andrea Gonzalez

Title: Counselor