IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 26-22412-JCM |
| Maranda Lynn Moyle, | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| Maranda Lynn Moyle, | : | Related to Document No. 1 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION
OF ATTORNEY FOR DEBTOR**

Under Fed. R. Bankr. P. 2016(b)(2), I file this supplemental statement to disclose an agreement to pay compensation that was not previously disclosed. The Disclosure of Compensation of Attorney for Debtor filed with the petition on August 28, 2026 (ECF No. 1), covering the main bankruptcy case, is unchanged.

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with the bankruptcy case under a written agreement the Debtor and I entered into on November 3, 2026, for representation in an adversary proceeding seeking discharge of the Debtor's student loans (the "Agreement"), is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $5,000.00 |
| Prior to the filing of this statement I have received | $0.00 |
| Balance Due | $5,000.00 |

2. No compensation has been paid under the Agreement as of the date of this statement.

3. The source of compensation to be paid to me is the Debtor, who will pay the flat fee under the Agreement in ten equal monthly payments of $500.00, without interest.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to represent the Debtor in one adversary proceeding against the U.S. Department of Education seeking a determination that the Debtor's student loans are dischargeable under 11 U.S.C. § 523(a)(8), consisting of the following services:

a. Preparing, filing, and serving the complaint; reviewing the defendant's answer; and handling the initial scheduling requirements of the adversary proceeding;

b. Assisting the Debtor in gathering records and preparing the financial attestation used by the U.S. Department of Justice to evaluate the case, or presenting the same financial information to any loan holder that does not use that process;

c. Negotiating with each loan holder toward a full discharge, partial discharge, or modified repayment, and preparing and submitting any agreed resolution to the Court for approval; and

d. The out-of-pocket costs of the services in subparagraphs a through c, such as service and mailing costs.

6. By agreement with the Debtor, the above-disclosed fee does not include the following services:

a. Trial, and work responding to formal discovery or to a motion seeking to decide or dismiss the adversary proceeding. If the Debtor agrees in writing, that work will be billed hourly, in increments of one-tenth of an hour, at $495.00 per hour for attorney tasks and $245.00 per hour for paralegal tasks, and I may request an advance deposit to be held in my firm's attorney trust account and applied as earned;

b. Out-of-pocket costs paid to others for work outside the services in paragraph 5, such as transcript, deposition, court reporter, and witness costs;

c. Any appeal; any other adversary proceeding; any dispute over the dischargeability of a debt other than the student loans; and any objection to discharge;

d. Proceedings and programs outside the Court, including income-driven repayment, consolidation, Public Service Loan Forgiveness, and administrative discharges; lawsuits or collection actions in other courts; and claims against loan servicers or debt collectors; and

e. Tax matters.

## Certification

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Date: November 3, 2026

By: /s/ Michael I. Assad

Michael I. Assad (PA ID No. 330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

*Attorney for Debtor*