IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MARANDA LYNN MOYLE** | : | **Case No. 26-22412-JCM** |
| ***Debtor,*** | : | |
| | : | **Chapter 7** |
| **MARANDA LYNN MOYLE,** | : | |
| ***Applicant,*** | : | **Related to Doc. No. 15** |
| | : | |
| **v.** | : | |
| | : | |
| **NO RESPONDENT.** | : | |

**ORDER**

On November 3, 2026, Counsel for the Debtor filed a ***Supplemental Disclosure of Compensation of Attorney for Debtor*** ("Supplemental Disclosure of Compensation") (Doc. 15). Upon the Court's review, the Court finds that the Supplemental Disclosure of Compensation does not comply with 11 U.S.C. § 330, which requires reasonable fee for services. At this point in this case it is difficult to determine if the $5,000 is reasonable, and in light of the anticipated pre-trial work, this fee seems excessive at this time.

**AND NOW**, this 5th day of **November, 2026**, for the reasons stated above, it is hereby, **ORDERED, ADJUDGED, and DECREED** that the **Supplemental Disclosure of Compensation** (Doc. 15) is **DENIED**

BY THE COURT:

jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
11/5/26 7:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA