IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MARANDA LYNN MOYLE**<br>*Debtor,* | : | **Case No. 26-22412-JCM** |
| | : | **Chapter 7** |
| **MARANDA LYNN MOYLE,**<br>*Applicant,* | : | **Related to Doc. No. 15** |
| **v.** | : | |
| **NO RESPONDENT.** | : | |

**ORDER**

On November 3, 2026, Counsel for the Debtor filed a ***Supplemental Disclosure of Compensation of Attorney for Debtor*** ("Supplemental Disclosure of Compensation") (Doc. 15). Upon the Court's review, the Court finds that the Supplemental Disclosure of Compensation does not comply with 11 U.S.C. § 330, which requires reasonable fee for services. At this point in this case it is difficult to determine if the $5,000 is reasonable, and in light of the anticipated pre-trial work, this fee seems excessive at this time.

**AND NOW**, this 5th day of **November, 2026**, for the reasons stated above, it is hereby, **ORDERED, ADJUDGED, and DECREED** that the **Supplemental Disclosure of Compensation** (Doc. 15) is **DENIED**

BY THE COURT:

jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
11/5/26 7:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-22412-JCM

Maranda Lynn Moyle Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 1

Date Rcvd: Nov 05, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Maranda Lynn Moyle, 2314 Worton Blvd., West Mifflin, PA 15122-3539 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George W. Fitting | on behalf of Creditor Duquesne Light Company gfitting@bernsteinlaw.com gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com,aepiscopo@bernsteinlaw.com |
| Michael I. Assad | on behalf of Debtor Maranda Lynn Moyle mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 4