# Exhibit B

## Declaration of Maranda Lynn Moyle

November 12, 2026

I, Maranda Moyle, am the debtor in bankruptcy Case no. 26-22412-JCM in the Western District of Pennsylvania. I understand that I have agreed to pay my attorney the fee of $5,000.00 for representation in connection with a complaint to determine dischargeability of my Student loan debt. I understand that the fee covers representation and negotiation of a potential settlement through the Department of Justice's Attorney Process and does not include additional fees for trial or appeal.

I've had a positive experience working with this law firm. Throughout the process, I felt that my questions and concerns have been addressed, and that Mr. Assad and his staff have been professional, helpful, and responsive. I appreciate the time, attention, and effort they have provided as I navigate this process. I believe the services being provided are valuable and I am satisfied with the representation I have received.

I declare under penalty of perjury that the above Statement is true and correct.

Maranda Moyle
Maranda Moyle