# In the United States Bankruptcy Court
# for the Western District of Pennsylvania

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 26-22412-JCM |
| Maranda Lynn Moyle,<br>Debtor. | : | Chapter 7 |
| Michael I. Assad,<br>Movant, | : | Related to Document Nos. 16 and 19 |
| v. | : | |
| No Respondent. | : | |

**Order Vacating Order Denying Supplemental Disclosure of Compensation**

**AND NOW**, upon consideration of the Motion to Reconsider Order Denying Supplemental Disclosure of Compensation filed by Movant Michael I. Assad at ECF No. 19, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Order entered at ECF No. 16 is **VACATED**.

Date: ______________________________

John C. Melaragno
U.S. Bankruptcy Judge