# In the United States Bankruptcy Court
# for the Western District of Pennsylvania

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 26-22412-JCM |
| Maranda Lynn Moyle, | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| Michael I. Assad, | : | Related to Document Nos. 16 and 19 |
| Movant, | : | |
| | : | Hearing Date and Time: None set |
| v. | : | |
| | : | |
| No Respondent. | : | |
| | : | |

**Certificate of Service of Motion to Reconsider Order**
**Denying Supplemental Disclosure of Compensation**

I certify under penalty of perjury that I served the above-captioned Motion, with the declarations attached as Exhibits A and B, and the proposed order, on the parties at the addresses specified below on November 19, 2026.

The types of service made on the parties were electronic notification and first-class mail.

**Service by NEF**

Rosemary C. Crawford, Chapter 7 Trustee, crawfordmcdonald@aol.com
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
George W. Fitting, on behalf of Creditor Duquesne Light Company, gfitting@bernsteinlaw.com

**Service by First-Class Mail**

Maranda Lynn Moyle
2314 Worton Blvd
West Mifflin, PA 15122-3539

Date: November 19, 2026

By: /s/ Michael I. Assad

Michael I. Assad (PA ID No. 330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law