IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Maranda Lynn Moyle, Debtor, | : | Case No. 26-22412-JCM Chapter 7 |
| Michael I. Assad, *Movant* | : | Related to Doc No. 19 |
| v. | : | |
| *No Respondents* | : | Hearing: 1/7/27 at 1:30 PM |

**ORDER**

**AND NOW***,* this **November 20, 2026,** upon consideration of the *Motion to Reconsider Denying Supplemental Disclosure of Compensation* filed by counsel for the debtor (Doc. 19), it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Motion is GRANTED;
2. The Order entered at Doc. 16 is VACATED; and
3. Pursuant to Bankruptcy Rule 2017 and 11 U.S.C. § 329 a hearing on the proposed post-petition fee agreement detailed in the *Supplemental Disclosure of Compensation of Attorney for Debtor* (Doc. 15) is scheduled on **January 7, 2027 at 1:30 PM** in Courtroom "C," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219 to determine whether or not the proposed fee is excessive.
4. Any sums paid pursuant to the new agreement that have been paid by the Debtor shall be held as a retainer and are subject to disgorgement pending final approval.
5. A copy of the fee agreement shall be filed as a supplement with this Court at least fourteen (14) days prior to the scheduled hearing.

dak
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
11/23/26 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA