IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Maranda Lynn Moyle,<br>Debtor, | : | Case No. 26-22412-JCM<br>Chapter 7 |
| | : | |
| Michael I. Assad,<br>*Movant* | : | Related to Doc No. 19 |
| | : | |
| v. | : | |
| | : | |
| *No Respondents* | : | Hearing: 1/7/27 at 1:30 PM |

**ORDER**

**AND NOW**, this **November 20, 2026,** upon consideration of the *Motion to Reconsider Denying Supplemental Disclosure of Compensation* filed by counsel for the debtor (Doc. 19), it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Motion is GRANTED;
2. The Order entered at Doc. 16 is VACATED; and
3. Pursuant to Bankruptcy Rule 2017 and 11 U.S.C. § 329 a hearing on the proposed post-petition fee agreement detailed in the *Supplemental Disclosure of Compensation of Attorney for Debtor* (Doc. 15) is scheduled on **January 7, 2027 at 1:30 PM** in Courtroom "C," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219 to determine whether or not the proposed fee is excessive.
4. Any sums paid pursuant to the new agreement that have been paid by the Debtor shall be held as a retainer and are subject to disgorgement pending final approval.
5. A copy of the fee agreement shall be filed as a supplement with this Court at least fourteen (14) days prior to the scheduled hearing.

dak

John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
11/23/26 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-22412-JCM
Maranda Lynn Moyle Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 1
Date Rcvd: Nov 23, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Maranda Lynn Moyle, 2314 Worton Blvd., West Mifflin, PA 15122-3539 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George W. Fitting | on behalf of Creditor Duquesne Light Company gfitting@bernsteinlaw.com gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com,aepiscopo@bernsteinlaw.com |
| Michael I. Assad | on behalf of Plaintiff Maranda Lynn Moyle mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Michael I. Assad | on behalf of Debtor Maranda Lynn Moyle mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 5